456 A.2d 1099

Commonwealth v. Shank, Appellant.

Petition for Allowance of Appeal
Denied Sept. 8, 1983.

Argued March 3, 1982. Alan D. Lourie, Assistant Public Defender, for appellant; Joseph W. Carroll, III, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Order affirmed.